■ In the Matter of CHRISTIAN ANDRADE, Petitioner, v ANTHONY ANNUCCI, Acting Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [1 NYS3d 873]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Wyoming County [Michael M. Mohun, A.J.], entered July 15, 2014) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Centra, J.P., Peradotto, Lindley, Sconiers and DeJoseph, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES K. WELSHER, Appellant. [1 NYS3d 873]—Appeal from a judgment of the Ontario County Court (William F. Kocher, J.), rendered September 12, 2012. The judgment convicted defendant, upon his plea of guilty, of burglary in the third degree (two counts) and petit larceny (two counts).

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Peradotto, Lindley, Sconiers and DeJoseph, JJ.